ORIGINAL

RECEIVED
APR 24 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

ANDREW W. BREINER, et al.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Jules Bernstein

Firm Name: Bernstein & Lipsett, P.C.

Post Office Box: 07-249 C

Street Address: 1920 L Street, N.W., Suite 303

City-State-Zip: Washington, D.C. 20036

Telephone & Facsimile Numbers: (202) 296-1798 (202) 296-7220 fax

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 0 4
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: V A R
See attached sheet for three-digit codes.

Amount Claimed: $ To be determined
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ ____________
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ____________

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

ALPHABETIZED, NUMBERED LISTING OF PLAINTIFFS

1. ANDREW W. BREINER
2. MARINA M. CASTILLO
3. JEFFREY M. CONNORS
4. JAMES J. CORBETT
5. SCOTT P. DAVIS
6. KURT G. DITTMER
7. JULIANNE DUNPHY
8. LYNDA F. ELEAZER
9. ROSTANT P. FARFAN
10. SCOTT M. GARRIOTT
11. MICHAEL J. HERRING
12. CAROL J. JARACZ
13. JO ANNE MASAR
14. DAWN V. MITCHELL
15. JASON B. MITCHELL
16. PHILIP A. REED
17. JOHN W. ROBERTSON
18. AYOMA K. RUDY
19. REGINA SPADDY
20. SAFIYA THOMPSON
21. KIM M. WHITE