IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ANDREW W. BREINER, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | Case No. 07-249C (Judge Braden) |

MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME

Defendant respectfully requests leave of the Court to file the attached answer out of time. The answer was due on June 25, 2007.

This is one of eight cases filed in the past six months involving virtually identical complaints filed on behalf of various Drug Enforcement Administration diversion investigators, asserting claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. We filed timely answer to the complaints in all of the other cases in which answers were due, but, due to an oversight, did not file an answer in this case. Government counsel was on leave throughout the first week in July 2007, and became aware of this oversight until he returned on July 9, 2007.

The granting of leave to file the attached answer out of time will not cause any prejudice. The allegations contained in the complaint are substantially the same as those contained in numerous earlier complaints filed by counsel for plaintiffs in this case. And, the Government's response to the complaint in this case is substantially the same as its response to the earlier complaints.

For the foregoing reasons, we respectfully request that our motion for leave to file our answer out of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/Jeanne E. Davidson**
JEANNE E. DAVIDSON
Director

**Filed Electronically**

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

July 9, 2007