# In the United States Court of Federal Claims

No. 07-249C
Filed: July 9, 2007

*************************************
*
ANDREW W. BREINER, *et al.*, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

The Government's July 9, 2007 Motion for Leave to File Answer Out of Time is hereby granted. The Government will separately file the Answer attached to its Motion.

**IT IS SO ORDERED.**

s/Susan Braden
**SUSAN G. BRADEN**
**Judge**