# In the United States Court of Federal Claims

No. 07-249C
Filed: November 16, 2007

*************************************
*
ANDREW W. BREINER, *et al.*, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**SCHEDULING ORDER**

As discussed in the November 16, 2007 telephone status conference, the court requests that the Plaintiff and Government report to the court progress on a proposed settlement of this matter in a status conference to be convened on January 9, 2008, at 11am EST.

**IT IS SO ORDERED.**

s/Susan Braden
**SUSAN G. BRADEN**
**Judge**