# In the United States Court of Federal Claims

No. 07-790 C

(E-Filed: March 28, 2008)

| | |
|---|---|
| ZORAIDA GONZALEZ, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On March 27, 2008, the court held a telephonic status conference (TSC) with the parties. Pursuant to the TSC, the court orders the following:

1. On or before Thursday, April 10, 2008, plaintiffs shall file a more definite statement with regard to the driving issue because plaintiffs' Complaint, see Complaint filed Nov. 9, 2007, on the driving issue "is so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading," Rules of the Court of Federal Claims 12(e);

2. On or before Thursday, May 8, 2008, defendant shall provide plaintiff with all documents responsive to plaintiffs' requests for production of documents served on defendant on Tuesday, March 25, 2008; and

3. On Thursday, May 15, 2008 at 2:00 p.m. EST, the court shall hold a TSC with the parties. A Sprint operator will initiate the call.

BERNSTEIN EXHIBIT 1

Case 1:07-cv-00249-SGB Document 19 Filed 05/12/2008 Page 2 of 2

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge