IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANDREW W. BREINER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07-249C |
| | ) | (Judge Susan G. Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE AMENDED DECLARATION OF JULES BERNSTEIN**

Now come the plaintiffs in the above-captioned civil action and move the Court for leave to file the attached Declaration of Jules Bernstein in substitution for the Declaration of Jules Bernstein filed on May 1, 2008, for the reason that Mr. Bernstein's prior declaration did not contain the specific language required for such declarations under 28 U.S.C. § 1746.

Respectfully submitted,

OF COUNSEL:
Linda Lipsett

**s/Jules Bernstein**
Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W., Suite 303
Washington, D.C. 20036
(202) 296-1798
(202) 296-7220 facsimile

Counsel of Record

**s/Edgar James**
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036
(202) 496-0500
(202) 496-0555 facsimile

Attorneys for Plaintiffs

Dated: May 5, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 5th day of May 2008, a copy of the foregoing "MOTION FOR LEAVE TO FILE AMENDED DECLARATION OF JULES BERNSTEIN " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Jules Bernstein**