# In the United States Court of Federal Claims

No. 07-249C
Filed: May 8, 2008

*************************************
*
ANDREW W. BREINER, *et al.*, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

Plaintiffs' May 5, 2008 Motion To File Amended Declaration Of Jules Bernstein is hereby granted.

Plaintiffs will file the Amended Declaration separately, with the specific language required for such declarations under 28 U.S.C. § 1746.

**IT IS SO ORDERED.**

s/Susan Braden
**SUSAN G. BRADEN**
**Judge**