IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ANDREW W. BREINER, et al.,<br><br>Plaintiffs<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 07-249C<br>(Judge Susan G. Braden) |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on April 1, 2008, plaintiffs and defendant respectfully submit the following joint status report:

Plaintiffs' proposal to settle this case except as to claims based upon time spent driving between home and work in a Government vehicle was approved by the authorized representative of the Attorney General, with amendments. However, such amendments were not acceptable to plaintiffs. Nonetheless, the parties are attempting to resolve plaintiffs' claims other than their claims for back pay for driving to and from work in a Government vehicle. To that end, the parties agreed that plaintiffs would submit to defendant a statement of the hours of Fair Labor Standards Act ("FLSA") hours they claims to have worked during the times in question (other than home-to-work driving time), and defendant would compute the amount of back pay that would be appropriate based upon these submissions. The parties would then discuss whether the amounts computed by defendant would be adequate to resolve plaintiffs' claims other than for home-to-work driving time.

Plaintiffs' counsel have forwarded to defendant statements of FLSA hours for approximately 60 plaintiffs in this case and various other cases. Defendant completed computations for several plaintiffs in two of the other cases, and forwarded these computations to plaintiffs' counsel on May

1, 2008. Defendant recently completed computations for the plaintiffs in this case, and will provide these calculations to plaintiffs' counsel on or before May 30, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

TODD M. HUGHES
Deputy Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Tel: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: May 27, 2008

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiff

Dated: May27, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 27th day of May 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**